UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AZOTIC COATING TECHNOLOGY, INC. a Minnesota corporation,<br><br>        Plaintiff,<br><br>v.<br><br>ORIENT INTERNATIONAL JEWELRY TRADING, INC., and MAXMILIAN PELECT,<br><br>        Defendants. | Case No. 04-CV-1585 JNE/JGL<br><br>**ORDER** |

    The above-entitled matter came before the Honorable Joan N. Ericksen on the motion of Plaintiff for an Order for default judgment and injunctive relief against Defendants Orient International Jewelry Trading, Inc. and Maxmilian Pelect.

    Based upon the consideration of all the files, records and proceedings herein, and pursuant to Rule 55 (b) of the Federal Rules of Civil Procedure, IT IS ORDERED THAT:

1. Plaintiff's Motion for Default Judgment Against Defendants Orient International Jewelry Trading, Inc. and Maxmilian Pelect [Docket No. 9] is GRANTED IN PART and DENIED IN PART.

2. Orient International Jewelry Trading, Inc. is enjoined and restrained from directly or indirectly, or inducing or contributing to infringement of U.S. Patent No. 5,853,826 patent during the remainder of the term for which the patent has been granted.

3. Orient International Jewelry Trading, Inc. is enjoined and restrained from using the designation "Mystic Topaz" and any other confusingly similar mark.

4. Orient International Jewelry Trading, Inc. shall be enjoined and restrained from advertising and/or offering for sale any of the infringing products, including, but not limited to the advertising and/or offering for sale of the infringing products through the use of a website.

1

Dockets.Justia.com

5. Plaintiff's claims against Maxmilian Pelect are DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 6, 2005

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge